```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
3030 Bridgeway, Suite 231
Sausalito, CA  94965
Telephone:  (415) 729-9006
FAX: (415) 729-9023
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE SHEET METAL WORKERS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REBHOLTZ MECHANICAL, etc., <br><br> Defendant. | NO.  C 11 4240 EDL <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

IT IS ORDERED that the Case Management Conference in this case set for December 6, 2011 be continued to March 6, 2012 at ~~10:00 a.m.~~ 3:00 p.m. to Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated: November 30, 2011

_____
Magistrate Judge Elizabeth D. Laporte

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE