1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   3030 Bridgeway, Suite 231
3  Sausalito, CA   94965
   Telephone:   (415) 729-9006
4  FAX: (415) 729-9023

5  Attorneys for Plaintiffs

6

7

8                      UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARDS OF TRUSTEES OF THE SHEET    )    NO.   C 11 4240 EDL
   METAL WORKERS, et al.,             )
12                                    )
                     Plaintiffs,      )    ORDER TO CONTINUE CASE
13                                    )    MANAGEMENT CONFERENCE
            vs.                       )
14                                    )
   REBHOLTZ MECHANICAL, etc.,         )
15                                    )
                     Defendant.       )
16 _____)

17        IT IS ORDERED that the Case Management Conference in this
18 case set for December 6, 2011 be continued to March 6, 2012 at 3:00 p.m. ~~10:00~~
19 ~~a.m.~~ to Courtroom E, 15th Floor, 450 Golden Gate Avenue, San
20 Francisco, California.
21 Dated: November 30, 2011                  _____
                                             Magistrate Judge Elizabeth D. Laporte
22

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE